**UNITED STATES of America, Plaintiff—Appellee**

v.

**Domingo Sunny EREDIA, Defendant—Appellant.**

**No. 05–51203**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 14, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Raymond E. Fuchs, San Antonio, TX, for Defendant–Appellant.

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM: *

Domingo Sunny Eredia appeals the sentence imposed following the revocation of his supervised release imposed following his guilty-plea conviction for conspiracy to possess with intent to distribute 50 grams or more of cocaine base. For the first time on appeal, Eredia argues that the district court plainly erred by not allowing him to allocute.

The district court plainly erred by not unequivocally communicating to Eredia that he had the right to offer any information of any mitigating circumstances he wished prior to the pronouncement of sentence. *See United States v. Magwood,* 445 F.3d 826, 829 (5th Cir.2006). However, because Eredia has not shown any objective basis that would have moved the district court to impose a lower sentence, no miscarriage of justice occurred, and we will not exercise our discretion to correct this error. *See id.* at 830.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

